# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Charles B. Ridley, III, ) | |
| ) | 3:11-2696-CMC |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Law Offices of Harold E. Scherr, ) | |
| P.A., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff, by and through counsel, Penny Hays Cauley, and hereby dismisses all claims against Defendant Law Offices of Harold E. Scherr, P.A., with prejudice.

Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Penny Hays Cauley, do hereby certify that I have served a copy of the foregoing Notice of Dismissal on Harold E. Scherr, Attorney for Defendant, 1064 Greenwood Blvd. Suite

328 Lake Mary, FL 32746, by placing a copy of the same in the United States Mail, properly addressed and First Class Postage prepaid on the 8th day of December 2011.

/s Penny Hays Cauley
Penny Hays Cauley